No. 04–9181. WHITE *v.* SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9182. WESTLEY *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 04–9192. LOPEZ *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9227. MCCLELLAN *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9231. REID *v.* FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9237. WOMACK *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. 

No. 04–9238. JOHNSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 04–9250. PETERSEN *v.* HILL, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 04–9252. TRIGONES *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 04–9269. HOLLIHAN *v.* SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9291. MORGAN *v.* LENSING, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–9311. BUSH *v.* SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9320. PERSON *v.* DOTSON, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 04–9324. MOORER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.